UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO A. LEE,

    Plaintiff,

File no: 1:13-CV-329

v.

HON. ROBERT J. JONKER

M. RICHARDSON, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (ECF No. 107) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' motion for summary judgment (ECF No 93) is **GRANTED**. This matter is hereby **DISMISSED**.


Date:   September 26, 2016        /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE